IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01580-MSK-MJW

MARK A.  BEYER,

Plaintiff(s),

v.

CAMEX EQUIPMENT SALES & RENTALS, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion to Postpone Discovery Schedule (docket no. 25) is DENIED.  It is not unusual to have a motion to dismiss pending during the discovery process.  Discovery will have to be completed whether this case remains in the United States District Court for the District of Colorado or is remanded back to the Weld County District Court for the State of Colorado or filed in another jurisdiction.

It is hereby ORDERED that Defendant Camex Equipment Sales & Rentals, Inc.'s Motion for Leave to Designate Nonparties at Fault (docket no. 23) is GRANTED finding good cause shown.  Defendant Camex Equipment Sales & Rentals, Inc. shall have up to and including February 18, 2011 to designate nonparties.

Date:  January 12, 2011