# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**  10-cv-01580-WJM-MJW | FTR - Courtroom A-502 |
| **Date:** March 14, 2011 | Courtroom Deputy, Laura Galera |

| | |
|---|---|
| MARK A. BEYER, | Richard Casey |
| Plaintiff, | |
| v. | |
| CAMEX EQUIPMENT SALES & RENTALS, INC., | Jeremy Swift<br>Jessie Fischer |
| Defendant. | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:   MOTION   HEARING**
re: Defendant Camex Equipment Sales & Rentals, Inc.'s Motion to Strike Certain of Plaintiff's Expert Witnesses [Docket No. 29].

**Court in session:    2:04 p.m.**
Court calls case.  Appearances of counsel.

The Court raises Defendant Camex Equipment Sales & Rentals, Inc.'s Motion to Strike Certain of Plaintiff's Witnesses for argument.

Argument by Mr. Swift.

Argument by Mr. Casey.

Rebuttal argument by Mr. Swift.

**It is ORDERED:**

    1.    Defendant Camex Equipment Sales & Rentals, Inc.'s Motion to Strike Certain of Plaintiff's Witnesses [Docket No. 29] is **GRANTED IN PART** (getting reports from plaintiff's experts in a timely fashion)  **AND DENIED IN PART** (as it relates to striking the witness).

    2.    Plaintiff to provide 26(a)(2)(b) reports to the defendant by **March 23, 2011.**

    3.    Discovery deadline is extended to **May 9, 2011.**

    4.    Dispositive motion deadline is extended to **June 9, 2011.**

     5.     The settlement conference set March 21, 2011 is **VACATED.** The parties may request the settlement conference be reset by motion.

Hearing concluded.

**Court in recess:    2:21 p.m.**
Total In-Court Time: 0:17

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or Toll Free    1-800-962-3345.