IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01580-WJM-MJW

MARK A. BEYER,

Plaintiff,

v.

CAMEX EQUIPMENT SALES & RENTALS, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     Based upon the Notice filed by the defendant on March 25, 2011 (Docket No. 46), is hereby ORDERED that Defendant Camex Equipment Sales & Rentals, Inc.'s Renewed Motion to Strike Certain of Plaintiff's Expert Witnesses and Request for Sanctions Pursuant to Fed. R. Civ. P. 37(B)(2)(C) (Docket No. 45) is deemed withdrawn.

Date:  March 29, 2011